# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 23, 2008

136230 & (33)(36)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                                   SC: 136230
                                                   COA: 276822
                                                   Oakland CC: 2006-211642-FC

CORDERO DEANDRE JONES,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the February 26, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for miscellaneous relief are DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 23, 2008 _____

_____
Clerk

p0716